05-15-00614-CV
Bridgette Vation

ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/18/2015 4:33 PM
LISA MATZ
CLERK

FILED
DALLAS COUNTY
5/12/2015 4:39:22 PM
FELICIA PITRE
DISTRICT CLERK

## CIVIL ACTION NO. DC-14-12742

| | | |
|---|---|---|
| **APPLE TREE CAFÉ TOURING, INC.** | § | **IN THE DISTRICT COURT** |
| **and ERICA WRIGHT** | § | |
| *Plaintiffs and Counter-Defendants*, | § | |
| | § | **44TH JUDICIAL DISTRICT** |
| **v.** | § | |
| | § | |
| **PAUL LEVATINO,** | § | **DALLAS COUNTY, TEXAS** |
| *Defendant and Counter-Plaintiff.* | | |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/18/2015 4:41:54 PM
LISA MATZ
Clerk

---

### LEVATINO'S NOTICE OF ACCELERATED APPEAL OF THE TRIAL COURT'S ORDER DENYING ANTI-SLAPP MOTION TO DISMISS

---

Pursuant to Tex. R. App. P. 25.1 (a), Defendant and Counter-Plaintiff Paul Levatino ("Levatino") hereby gives notice of appeal to the Fifth District Court of Appeals Dallas, Texas from the Order denying Levatino's Anti-SLAPP motion to dismiss, entered on April 23, 2015 in the above-styled and numbered cause.

This interlocutory appeal is brought pursuant to the statutory authority in Tex. Civ. Practice & Rem. Code § 27.008 (b), which requires expedited appeal, whether interlocutory or not, from a trial court order on a motion to dismiss a legal action under Tex. Civ. Practice & Rem. Code § 27.003. This interlocutory appeal is also brought pursuant to Tex. Civ. Practice & Rem. Code § 51.014(12).

Consequently, notice is hereby given that this is an accelerated appeal.

Tuesday, May 12, 2015

Respectfully Submitted by:

*/s/ Joseph H. Gillespie*
Joseph H. Gillespie (Attorney-in-Charge)
State Bar No. 24036636

GILLESPIE SANFORD LLP
4925 Greenville Ave., Suite 200
Dallas, Texas 75206
214.800.5114
214.838.0001 (fax)

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was served upon opposing counsel of record on Tuesday May 12, 2015 via electronic delivery from the E-File System.

*/s/ Joseph H. Gillespie*
Joseph H. Gillespie (Attorney-in-Charge)
State Bar No. 24036636